**DENIED**

Debtors may file a new case.

Dec 01, 2015

*Barry S Schermer*

BARRY S. SCHERMER
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | |
| Vincent Bernard Jackson | ) | Case No: 15-43618 |
| Ivey Laun Coleman | ) | |
| Debtor | ) | Chapter 7 |

**DEBTOR'S MOTION TO REOPEN CASE
TO SUBMIT CERTIFICATE OF FINANCIAL MANAGEMENT COURSE
TO RECEIVED AN ORDER OF DISCHARGE**

Come Now Debtor Vincent Bernard Jackson and Ivey Laun Coleman by and through Attorney motion to reopen bankruptcy case to allow Debtor to submit Certificate of Financial Management Course to receive an Order of Discharge. Debtor states the follow:

1. Debtor's Financial Management Course Certificate shall be filed within 60 days after the first date set for the meeting of creditors.
2. This chapter 7 bankruptcy case was filed on May 12, 2015.
3. The first meeting of creditor was scheduled June 18, 2015.
4. This case closed without discharge on September 28, 2015 for failure to timely file Financial Management Course Certificate.
5. Debtor completed the Financial Management Course Certificate on November 13, 2015 and has filed this certificate with court.
6. The court fee of $260.00 to reopen case has been paid.

WHEREFORE, Debtor pray that their motion to reopen this case be GRANTED to allow debtor to submit financial management course certificate and receive an Order of Discharge.

Respectfully Submitted

*Dean* 48336

Dean D. Meriwether Attorney at Law
3919 Washington Blvd.
St. Louis, MO 63108
Email:attydeanmeriwether@yahoo.com
314-533-4357office 314-533-4356 fax

**CERTIFICATE OF SERVICES:**

By my signature below it is certified that this response was filed through the Courts ECF this 6th Day of November 2015 upon **Vincent Bernard Jackson and Ivey Laun Coleman Debtor 3652 Louisiana Apt. B St. Louis, MO 63118 and Seth A. Albin** Trustee 7710 Carondelet Ave., Ste. 405 St. Louis, MO 63105

*Dean*

Dean D. Meriwether 48336